**FILED**
Apr 07 2021
1:46 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ dominicf   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1075 AJB |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 – Importation of Methamphetamine |
| JESUS MANUEL BARRON-ROMERO, | |
| Defendant. | |

The grand jury charges:

On or about January 30, 2021, within the Southern District of California, defendant JESUS MANUEL BARRON-ROMERO did knowingly and intentionally import 500 grams and more, to wit: approximately 98.22 kilograms (216.19 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 7, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: /s/ Colin M. McDonald
COLIN M. MCDONALD
Assistant U.S. Attorney

CMMC:cms:Imperial:4/6/21